**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**PATRICK NEAL JAMES**                                            **PLAINTIFF**

**V.**                              **CAUSE NO. 3:17-CV-641-CWR-FKB**

**JABREAL SHAKUR**                                           **DEFENDANT**

## JUDGMENT ON JURY VERDICT

On February 11–12, 2019, a trial was held before this Court on the complaint of plaintiff Patrick Neal James against defendant Jabreal Shakur. With all present in open court and having announced ready, the parties presented evidence before a Jury of seven good and lawful citizens before finally resting. This matter was thereafter submitted to the Jury upon instructions by the Court and arguments of counsel. The Jury retired, deliberated, and returned into open court a verdict in favor of the defendant.

Having received the unanimous verdict of the Jury, the Court finds that Judgment should now be entered. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment be entered in favor of defendant Jabreal Shakur.

**IT IS FURTHER ORDERED** that the parties have twenty-eight (28) days from the entry of Judgment to file post-trial motions.

**SO ORDERED AND ADJUDGED**, this the 13th day of February, 2019.

                                                              s/ Carlton W. Reeves
                                                              UNITED STATES DISTRICT JUDGE